BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT HILT, Deceased, and KRISHNA TINDALL, SHERLYN HILT, KIMBERLY CRAWFORD, DARPHINE ROLAND, as Legal Heirs of ROBERT HILT, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al., <br><br> Defendants. | No. 3:11-cv-02367-CRB <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION are hereby dismissed with prejudice.

Dated: January 12, 2015          By: _____
                                     Charles R. Breyer,
                                     United States District Judge