BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT HILT, Deceased, and KRISHNA TINDALL, SHERLYN HILT, KIMBERLY CRAWFORD, DARPHINE ROLAND, as Legal Heirs of ROBERT HILT, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al.,<br><br>Defendants. | No. 3:11-cv-02367-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 26, 2015          By: _____
                                    Charles R. Breyer
                                    United States District Judge