**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT HILT, Deceased, and KRISHNA TINDALL, SHERLYN HILT, KIMBERLY CRAWFORD, DARPHINE ROLAND, as Legal Heirs of ROBERT HILT, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al.,<br><br>    Defendants. | No. 3:11-cv-02367-CRB<br><br>**ORDER GRANTING DISMISSAL OF REMAINING DEFENDANTS, WITHOUT PREJUDICE** |

Pursuant to Plaintiffs' Amended Notice and Request for Dismissal,

**IT IS HEREBY ORDERED;**.

All claims against all remaining Defendants are hereby dismissed without prejudice, pursuant to FRCP 41 (a)(2).

Dated: August 28, 2015          By: 
                                    Charles R. Breyer
                                    United States District Judge

---

1
ORDER GRANTING DISMISSAL OF REMAINING DEFENDANTS, WITHOUT PREJUDICE