ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
Email: rgrant@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-Interest to Robert Hill, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC, *et al.*,<br><br>Defendants. | No. 3:11-cv-02367-CRB<br><br>FINAL JUDGMENT<br>FRCP 54(b) |

On May 13, 2011, a complaint was filed in this action.

On June 2, 2011, the case was transferred to the Eastern District of Pennsylvania pursuant to an MDL transfer Order.

On November 14, 2014, this matter was remanded to this Court from the Eastern District of Pennsylvania.

This action was initially filed against multiple defendants, and now through settlements, voluntary dismissals and summary judgment motions, all claims against all defendants have been adjudicated.

On August 27, 2015 the last remaining defendant was dismissed.

Therefore,

IT IS ORDERED AND ADJUDGED that:

1. A final and appealable judgment is entered in this matter.

2.  The claim against Foster Wheeler has been dismissed pursuant to the Order Granting Summary Judgment previously entered by the District Court for the Eastern District of Pennsylvania.

3.  There are no remaining claims or rights and liabilities of any parties to be adjudicated, and nothing more for this Court to do but enter this Final Judgment.

Dated: November 18, 2015

HON. CHARLES R. BREYER
Judge of the District Court